UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD TAYLOR | * | CIVIL ACTION |
| VERSUS | * | NO: 12-3027 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | SECTION: "C"(5) |

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the Magistrate's Report and Recommendation is ADOPTED. IT IS FURTHER ORDERED that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby dismissed.

New Orleans, Louisiana, this _3rd_ day of _____January_____, 2014.

_____
UNITED STATES DISTRICT JUDGE